# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION

**RAMANANDA ELSEY,**

    **Plaintiff,**

v.                                       Case No. 1:17cv219-MW/GRJ

**NANCY A. BERRYHILL,**
**Acting Commission of Social Security,**

    **Defendant.**
_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 19. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The decision of the Commissioner is **AFFIRMED**." The Clerk shall close the file.

**SO ORDERED on September 23, 2018.**

                                            s/Mark E. Walker          
                                            **Chief United States District Judge**